FILED
SCRANTON

AUG 0 5 2016

Per_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FIDELITY DEPOSIT & DISCOUNT BANK:
  101 North Blakely Street
  Dunmore, PA 18512
          Plaintiff

3:16-cv-1616

  v.

JUDGE Conaboy

LEENA SHAH
  20 Tower Road
  Edison, NJ 08820
ANKIM M. SHAH
  64 Chatsworth Court
  Edison, NJ 08820
BHARAT PARIKH
  125 Eileen Drive
  Cedar Grove, NJ 07009
RITA SHAH
  24 Urma Place
  Bloomfield, NJ 07003
DIVYAKANT PATEL
  936 Beatrice Parkway
  Edison, NJ 08820

JUDGMENT BY CONFESSION

CIVIL ACTION AT LAW

AND EQUITY

| | |
|---|---|
| KETUL DESAI<br>  8 Dryer Court<br>  Plainsboro, NJ 08536<br>BHARAT SHAH<br>  51 Grissing Court<br>  Cedar Grove, NJ 07009<br><br>RIKESH DESAI<br>  23 Southall Court<br>  Wayne, NJ 07670<br><br>              Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>CV 16  1616<br>: DOCKET NO.: _____<br>: |

## JUDGMENT

NOW, this 5th day of August, 2016, judgment is hereby entered in favor of the Plaintiff, Fidelity Deposit & Discount Bank, and against the Defendants, Leena Shah, Ankim M. Shah, Bharat Parikh, Rita Shah, Divyakant Patel, Ketul Desai, Bharat Shah, and Rikesh Desai in the sum of Nine Hundred Thirteen Thousand One Hundred Sixteen Dollars and 87/100 ($913,116.87), plus continuing attorney's fees, costs and accruing interest, jointly and severally against the Defendants and in favor of Plaintiff Fidelity Deposit & Discount Bank, together with costs and accruing interest at a per diem rate of $113.22 until the date that the obligations set forth herein are satisfied in full.

                                        UNITED STATES DISTRICT COURT FOR THE
                                        MIDDLE DISTRICT OF PENNSYLVANIA
                                        CLERK OF COURT
                                            Peter J. Welsh, Acting

                                        BY: _____